IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE | |
|---|---|
| APPLICATION FOR SEARCH WARRANT | Mag. J. No. 19-mj-119<br>FILED UNDER SEAL |

## MOTION TO SUBSTITUTE REDACTED COPIES
## OF SEARCH WARRANT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to allow for the substitution of redacted copies of the search warrant documents in the instant matter, and as grounds therefor says the following:

Law enforcement agents are currently investigating the individual suspected of alleged criminal activities in connection with the application and proposed search warrant submitted herewith. A summary of the investigation is referenced therein. This investigation is neither public nor known to the target suspected of the criminal activities to which it relates, and its disclosure may alert the target to the ongoing investigation. Public disclosure of the fact of the application and search warrant contained therein could result in the destruction of other evidence or a disruption of patterns of behavior and practices relevant to the investigation, or even worse, could trigger action to carry out the alleged threats. Accordingly, there is reason to believe that public access to information in the documents identified above would seriously jeopardize the investigation. In addition to the matters mentioned above, public disclosure would give the target an opportunity to flee to avoid prosecution, or to destroy or tamper with other evidence.

The United States therefore requests the opportunity to substitute redacted copies within a reasonable time after the search warrant is returned to the Court.

WHEREFORE, the United States moves the Court to allow for the substitution of redacted copies of the search warrant application and accompanying documents herein.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:  s/ Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5277